UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GARCIA-LOERA<br><br>Defendant. | CASE NO.:   22CR1785-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting be continued from September 16, 2022, at 1:30 p.m. to October 28, 2022, at 1:30 p.m. before Honorable Janis L. Sammartino.

For the reasons set forth in the joint motion, time shall be excluded from the Speedy Trial Act to allow for preparation of Mr. Garcia-Loera's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge